UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:    19-11666
                                          )
                                          )
                                          )        Chapter:  13
          Terrence Hunter,                )        Honorable A. Benjamin Goldgar
                                          )
                                          )
          Debtor(s)                       )

### Order Granting City of Chicago's Motion for Adequate Protection

     This matter coming before the court on the City of Chicago's Emergency Motion for Adequate
Protection, due notice having been given, and the court being duly advised in the premises, IT IS
HEREBY ORDERED:

     1. The motion is granted to the extent provided below.

     ~~2. The court finds the City has failed to return the debtor's vehicle and is in violation of the automatic stay. The City must immediately return the vehicle to the debtor.~~

2 . ~~3.~~ The City is entitled to adequate protection of its interest in the debtor's vehicle.  Once the vehicle is
returned to the debtor, as a condition of the debtor's continued possession and use of the vehicle, the
debtor must maintain insurance on the vehicle showing the City as a loss payee.

                                              Enter:

                                              Honorable A. Benjamin Goldgar
Dated:    **2 6** JUN 2019                    United States Bankruptcy Judge

**Prepared by:**